# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134982(53)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

WAYNE ARTHUR SEID,
        Defendant-Appellant.

SC: 134982
COA: 267900
Macomb CC: 2005-000925-FC

_____/

      On order of the Court, the motion for reconsideration of this Court's January 8, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008

_____
Clerk

d0317